## Myron Royster, Appellee, v. Maude Royster, Appellant.

### Gen. No. 44,796.

Irving Goodman, for appellant; Ordower & Ordower, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; rehearing denied January 4, 1950; released for publication January 5, 1950.

